# United States Court of Appeals

## For the Eighth Circuit

_____

No. 15-1367

_____

Kidane Sante Shulbe

*Plaintiff - Appellant*

v.

The State of Minnesota; Ashley Rose Henke; Safe Haven

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: October 28, 2015
Filed: November 6, 2015
[Unpublished]

_____

Before SMITH, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Kidane Shulbe appeals the district court's[1] dismissal of his complaint, in which he sought relief from an order entered in a state-court case and he sought damages for

_____

[1]The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota.

injuries allegedly resulting from that order. He has also filed in this court a motion seeking the removal of judges who were involved in the state-court proceedings. The district court dismissed Shulbe's complaint without prejudice upon concluding that, under the Rooker-Feldman[2] doctrine, it lacked subject matter jurisdiction. Upon careful review of the record and Shulbe's arguments on appeal, we conclude that the dismissal was proper. See Minch Family LLLP. v. Buffalo-Red River Watershed Dist., 628 F.3d 960, 965 (8th Cir. 2010) (de novo standard of review); see also Fed. R. Civ. P. 12(h)(3) (if court determines at any time that it lacks subject matter jurisdiction, court must dismiss action); Exxon Mobil Corp. v. Saudi Basic Indus. Corp., 544 U.S. 280, 283-84 (2005) (discussing Rooker-Feldman doctrine). Accordingly, we affirm. See 8th Cir. R. 47B. We also deny Shulbe's pending motion.

———————————————

___

[2]See D.C. Ct. App. v. Feldman, 460 U.S. 462 (1983); Rooker v. Fid. Trust Co., 263 U.S. 413 (1923).